IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **GEOGRAPHIC LOCATION INNOVATIONS LLC,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**EUROSTAR, INC. D/B/A WSS**<br><br>　　　　**Defendant.** | **Civil Action No. 3:21-cv-00412-M** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

　　Plaintiff Geographic Location Innovations, LLC ("Plaintiff" or "GLI") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Eurostar, Inc. d/b/a WSS, with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

| | |
|---|---|
| Dates:  July 2, 2021 | Respectfully Submitted, |
| | */s/Jay Johnson* |
| | **JAY JOHNSON** |
| | State Bar No. 24067322 |
| | **D. BRADLEY KIZZIA** |
| | State Bar No. 11547550 |
| | **KIZZIA JOHNSON, PLLC** |
| | 1910 Pacific Ave., Suite 13000 |
| | Dallas, Texas 75201 |
| | (214) 451-0164 |
| | Fax: (214) 451-0165 |
| | jay@kjpllc.com |
| | bkizzia@kjpllc.com |
| | **ATTORNEYS FOR PLAINTIFF** |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

Respectfully submitted,

*/s/Jay Johnson*
**JAY JOHNSON**